**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **KENTAIA WILLIAMS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-442 (MTT)** |
| | ) | |
| **BRAN HOSPITALITY MANAGEMENT,** | ) | |
| **LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

The parties jointly move for the Court to approve the terms of their FLSA settlement and dismiss Plaintiff's claims with prejudice. ECF 15. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

Having reviewed the joint motion, the record, and the details of the proposed settlement, the Court concludes that the terms of the settlement (1) are fair to the Plaintiff; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the Plaintiff's claims be fully and finally resolved. Furthermore, the settlement (1) was reached in an adversarial context as the result of arms-length negotiations between the parties; (2) arrived at a fair disposition of the claims; and (3) arrived at a fair and reasonable

-2-

settlement of the attorneys' fees and costs of litigation. *See generally, Lynn's Food Stores*, 679 F.2d at 1355.

Accordingly, the motion (ECF 15) is **GRANTED,** and the settlement is hereby **APPROVED** by the Court as a final, fair, adequate, and reasonable resolution of Plaintiff's claims. This case is **DISMISSED with prejudice**.[1] The Court retains jurisdiction to enforce settlement terms.

**SO ORDERED**, this 21st day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties indicate they have separately settled Plaintiff's Title VII and § 1981 claims and seek dismissal of this action with prejudice. *See* ECF 15 at 2, 3 n.1.